**FILED**

MAR - 8 2023

BONNIE HACKLER
Clerk, U.S. District Court

By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUNTER LEE WALLACE,

Defendant.

Case No. 23 CR 035 JFH

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**SEXUAL ABUSE OF A MINOR IN INDIAN COUNTRY**
**[18 U.S.C. §§ 2243(a), 2246(2)(A), 1151, & 1153]**

On or about September 12, 2022, within the Eastern District of Oklahoma, in Indian Country, the defendant, **HUNTER LEE WALLACE**, an Indian, did knowingly engage in and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: penetration, however slight, between the penis of the defendant and the vulva of K.F., who had attained the age of 12 years, but had not attained the age of 16 years, and who was at least four years younger than the defendant, in violation of Title 18, United States Code, Sections 2243(a), 2246(2)(A), 1151, and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
MORGAN MUZLJAKOVICH, OBA # 32853
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY